### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN MATT BRADY,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVID ALLEN MORSE,<br><br>        Defendant. | Case No. 08-CV-561-CVE-FHM |

### OPINION AND ORDER

Plaintiff's Motion to Distribute Settlement Proceeds [Dkt. 12] has been referred to the undersigned United States Magistrate Judge.

Plaintiff asserts that his claim against Defendant has been settled for $10,000 and that counsel has received a settlement draft payable to Plaintiff, his counsel, and numerous lien holders. The amount of the settlement is less than the amount claimed by the various lien holders. Plaintiff asks the Court to "set a hearing in order to disburse settlement funds."

The Court notes that the certificate of service reflects that the Motion to Distribute Settlement Proceeds has been served upon four entities which are not parties to this lawsuit. The Motion to Distribute Settlement Proceeds does not inform the Court of the basis for its jurisdiction over the non-parties or the dispute over the subject matter of the settlement proceeds.

On or before May 11, 2009, Plaintiff is required to file a brief containing citation to authority demonstrating the basis for the Court's jurisdiction over the non-parties and the subject matter of the distribution of settlement proceeds.

SO ORDERED this 4th day of May, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE