### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

STEVEN MATT BRADY,

          Plaintiff,

vs.

DAVID ALLEN MORSE,

          Defendant.

Case No. 08-CV-561-CVE-FHM

### OPINION AND ORDER

Plaintiff's Motion to Distribute Settlement Proceeds [Dkt. 12] has been referred to the undersigned United States Magistrate Judge. Plaintiff was ordered to file a brief on or before May 11, 2009, containing citation to authority demonstrating the basis for the Court's jurisdiction over the non-parties and the subject matter of the distribution of settlement proceeds. [Dkt. 14]. No such brief has been filed.

The Court has no basis to determine that it has jurisdiction over the subject matter of Plaintiff's motion or the non-parties involved in the dispute over the settlement proceeds. Therefore, Plaintiff's Motion to Distribute Settlement Proceeds [Dkt. 12] is DENIED.

SO ORDERED this 29th day of May, 2009.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE